```
               UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
                   JACKSONVILLE DIVISION
```

TYSON N. WATSON,

        Plaintiff,

v.                                    Case No. 3:08-cv-898-J-32MCR

SHAWN E. SWAIN, et al.,

        Defendants.

_____

## ORDER

1. "Plaintiff's Motion for Order Compelling Discovery" (Doc. #36) is **DENIED**. Plaintiff has not certified that he has conferred with Defendants' counsel in an effort to resolve their discovery dispute. See Local Rule 3.01(g).

2. "Plaintiff's Motion for Reconsideration of His Motion for Waiver of Costs for Copies of Documents, and Plaintiff's Statement, and Request for Waiver of all Court Costs (and Other Costs) Related to Plaintiff's Discovery" (Doc. #40) is **DENIED**. See "Defendants' Memorandum in Opposition to 'Plaintiff's Motion for Reconsideration of His Motion for Waiver of Costs, etc.'" (Doc. #57).

3. "Plaintiff's Motion for Declaratory Judgment" (Doc. #44) will be carried with the case and is therefore **DEFERRED**.

4. "Plaintiff's Motion for Enlargement of Time" (Doc. #48) is **GRANTED**. Accordingly, Plaintiff shall file his response to "Defendants' Motion for Summary Judgment" (Doc. #39) within **THIRTY**

**(30) DAYS** from the date of this Order.  Failure to do so will result in the dismissal of this action without further notice.

    5.   "Plaintiff's Corrected Motion for Judgement on His Motion for Preliminary Injunction and Request for Waiver of Security (Doc. #45" (Doc. #51) is **MOOT** because the Court denied "Plaintiff's Motion for Preliminary Injunction and Request for Waiver of Security" (Doc. #45) on October 19, 2009.

    6.   "Defendants' Motion to Strike Amended Complaint" (Doc. #56) is **GRANTED**.  Accordingly, Plaintiff's "Amended Complaint" (Doc. #42) is **STRICKEN**.  The Clerk shall send Plaintiff a civil rights complaint form.  If Plaintiff desires to raise any additional claims against any additional defendants (other than those raised in his Complaint (Doc. #1)) he may use this form to raise such claims in a separate action.

    **DONE AND ORDERED** at Jacksonville, Florida, this 5th day of November, 2009.

                                  *Monte C. Richardson*
                                 MONTE C. RICHARDSON
                         UNITED STATES MAGISTRATE JUDGE

ps 11/4
c:
Tyson N. Watson
Counsel of Record